CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN SILBERMANN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 353-6094
Fax. (973) 297-2010
email: john.silbermann@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. KATHARINE S. HAYDEN |
| *Plaintiff,* | *Civil Action No.* 2:07-cv-02169-KSH-PS |
| v. | **ORDER** |
| LAWRENCE SANTANGELO, | |
| *Defendant.* | |

WHEREAS, on May 30, 2007, this Court entered an Order requiring the Defendant, Lawrence Santangelo, to appear at 10:00 a.m. on June 26, 2007 and show cause why he should not be ordered to comply with a summons served upon him by the Internal Revenue Service (the "IRS"); and,

WHEREAS, the Defendant appeared before this Court at approximately 11:30 a.m. on June 26, 2007 and testified under oath that he would provide to the IRS the information identified in the summons;

NOW THEREFORE, IT IS HEREBY ORDERED that, on or before Wednesday, August 1, 2007, the Defendant, Lawrence Santangelo, shall produce to IRS Revenue Officer Candace Pryzgoda, at the IRS office at 40 Agatha Drive,

Edison, New Jersey, all material identified in the summons previously issued and served upon Mr. Santangelo by the IRS.

HON. KATHARINE S. HAYDEN, U.S.D.J.